285 So.2d 512

**In re Harold MAYBERRY**

**v.**

**STATE of Alabama.**

**Ex parte Harold Mayberry.**

**SC 567.**

Supreme Court of Alabama.

Nov. 1, 1973.

N. P. Callahan, Jr., Birmingham, for petitioner.

No brief for the State.

McCALL, Justice.

Petition of Harold Mayberry for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Mayberry v. State of Alabama, 51 Ala.App. 343, 285 So.2d 507.

Writ denied.

HEFLIN, C. J., and COLEMAN, BLOODWORTH and JONES, JJ., concur.

282 So.2d 359

**In re Gary Bernard MEANS**

**v.**

**STATE.**

**Ex parte Gary Bernard Means.**

**SC 460.**

Supreme Court of Alabama.

Aug. 30, 1973.

J. Massey Relfe, Jr., Birmingham, for petitioner.

No brief for the State.

FAULKNER, Justice.

Petition of Gary Bernard Means for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Means v. State, 51 Ala.App. 8, 282 So.2d 356.

Writ denied.

All the Justices concur.